**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**DECATUR DIVISION**

In re: EDWARDS, ALDEN R.  §  Case No. 15-81172-CRJ7
  §
  §
  §

            Debtor(s)

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/30/2015. The undersigned trustee was appointed on 09/27/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $        520,989.62

            Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 213,604.93 |
| Bank service fees | 9,131.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of          1          $ | 298,252.99 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/15/2016 and the deadline for filing governmental claims was 02/15/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $29,299.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $29,299.48, for a total compensation of $29,299.48[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $231.25 for total expenses of $231.25[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/11/2023                By: /s/ Robert A. Morgan
                                            Trustee

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**Case No.:** 15-81172-CRJ7

**Case Name:** EDWARDS, ALDEN R.

**For Period Ending:** 09/11/2023

**Trustee Name:** (220070) Robert A. Morgan

**Date Filed (f) or Converted (c):** 04/30/2015 (f)

**§ 341(a) Meeting Date:** 05/29/2015

**Claims Bar Date:** 02/15/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | CASH<br><br>Cash<br>Although the asset reflects approx. $500.00 in scheduled value equity, trustee determined that there would be little value realized by the Estate from a sale of this asset after deducting costs. Therefore, Trustee has updated the initial and current value to reflect a zero balance. | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | HOUSEHOLD GOODS<br><br>Household goods and furnishings See attached list<br>Debtor has disclosed several substantial judgment liens that would attach to this asset leaving no equity or value for the Estate. Therefore, Trustee has updated the initial and current value to reflect a zero balance. | 6,260.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 3 | Wearing Apparel<br><br>Mens Clothing<br>Debtor has disclosed several substantial judgment liens that would attach to this asset leaving no value for the Bankruptcy Estate. Therefore, Trustee has updated the initial and current value to reflect a zero balance. | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Furs and Jewelry<br><br>Wedding Ring | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 5 | Insurance Policies<br><br>Alfa Life Insurance Corporation (Term Life) Life Insurance Policy # KL52461 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | Insurance Policies<br><br>Alfa Mutual Insurance Company Universal Policy # K225059 | 90,934.00 | 0.00 | | 0.00 | FA | 0.00 | 90,934.00 |
| 7 | Insurance Policies<br><br>Mass Mutual Financial Group (Term) Policy # 7124501;<br>Schedules were amended on 6/26/15 to update this asset to: Mass Mutual Financial Group (Whole Life) Policy # 7124501) with a value of $28,221.70.<br>Debtor did not filed an amended Schedule C to claim cash value as fully exempt, but since AL law does provide and allow for such an exemption Trustee will not pursue same and current estimated value has been updated to reflect $0 | 28,221.70 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Insurance Policies<br><br>Mass Mutual (whole life) Policy # 7067070 | 30,541.00 | 0.00 | | 0.00 | FA | 0.00 | 30,541.00 |
| 9 | Pension / Profit Sharing<br><br>Raymond James IRA | 6,649.31 | 0.00 | | 0.00 | FA | 0.00 | 6,649.31 |
| 10 | Stock-Alabama Pinnacle Homes, Inc. (Dissolved 11/8/13) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

Case 15-81172-CRJ7    Doc 260    Filed 09/11/23    Entered 09/11/23 16:03:57    Desc Main
Document      Page 3 of 27

**Case No.:**   15-81172-CRJ7

**Case Name:**   EDWARDS, ALDEN R.

**For Period Ending:**   09/11/2023

**Trustee Name:**   (220070) Robert A. Morgan

**Date Filed (f) or Converted (c):**   04/30/2015 (f)

**§ 341(a) Meeting Date:**   05/29/2015

**Claims Bar Date:**   02/15/2016

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 11 | Stock-Alden R. Edwards, Inc. (Dissolved 11/7/13) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Stock-Ashbury, LLC (Dissolved 11/7/13) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | Stock-Banyon Creek WWTP, LLC (owns 65% assets foreclosed upon | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14 | Stock-City Investments, LLC (Gary Anglin) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15 | Stock-Eco-Specialties Inc. (100% owned by ESI) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16 | Stock-Edwards Specialties, Inc.<br><br>Trustee determined that debtor was sole owner of company, and company has assets that should be liquidated through a separate Ch. 7 filing.  Trustee filed a voluntary Ch. 7 petition for company, and assets of this company will be liquidated and administered through separate Ch. 7 case, Bankruptcy Case No.: 15-81961. Trustee does not expect there to be any surplus or equity distribution to Debtor's individual estate at this time, so Trustee value is makred as $0. | Unknown | 0.00 | | 0.00 | FA | 0.00 | |
| 17 | Stock-Engineering Specialties, Inc. (No longer operating) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18 | Stock-Genesis Properties, Inc. (not operating) No assets | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19 | Stock-Land Specialties, LLC | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20 | Stock-Maple Ridge Homeowners Association not ope | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21 | Stock-My Sons Land Company, Inc. (Dissolved 11/7/13)k | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | Stock-North Star Properties, Inc. (Dissolved 11/7/13) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23 | Stock-Alabama Pinnacle Homes, Inc. (Dissolved 11/7/13)<br><br>Trustee intends to abandon the asset at closing | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24 | Stock-Plummer Road East, LLC (transferred to Dennis Olive 2010) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 25 | Stock-Stillwater, LLC (Dissolved 11/7/13) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 26 | Stock-Stillwater-Whitt, LLC (Dissolved 11/7/13) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 27 | Stock-Blossomwood Properties L.L.C. 1/3 Ownership subject to charging lien<br>Debtor listed this asset, as well as Asset 32 (Blossomwood Properties/Interpleader Claim). They are essentially the same asset, as the interpleader claim represents the money interpled to buyout Debtor's 1/3 interest in the business.  The proceeds recovered from the interpleader action were applied to Asset 32. The Trustee value for this asset will be marked as $0, and the asset will be marked for abandonment and as fully administered. | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**Case No.:** 15-81172-CRJ7

**Case Name:** EDWARDS, ALDEN R.

**For Period Ending:** 09/11/2023

**Trustee Name:** (220070) Robert A. Morgan

**Date Filed (f) or Converted (c):** 04/30/2015 (f)

**§ 341(a) Meeting Date:** 05/29/2015

**Claims Bar Date:** 02/15/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 28 | Stock -Slaughter Road, LLC (trasferred to Dennis Olive 2010) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 29 | Stock-Northbrook, LLC transferred to J. Benton (Dissolved 12/31/13) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 30 | Stock-Pinnacle Homes, Inc. (dissolved 11.13.2013) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 31 | Stock-Hampton Manor Homeowners Association Old Ivy Homeowners Association, Inc.<br><br>Old Ivy Homeowners Association, Inc. (Madison) Stoney Meadow Homeowner's Association, Inc. Riverwood Homeowners Association, Inc. Chesapeake Homeowners Association Inc. Maple Ridge Homeowners Association, Inc. DEBTOR WAS INCORPORATOR OF ABOVE HOA'S. DEBTOR DOES NOT BELIEVE THAT HE HAS ANY FURTHER INTEREST IN THESE HOA's. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 32 | Contingent Claims-Blossomwood Properties/Interpleader claim<br><br>After removal of interpleader action to bankruptcy court, the parties reached a settlement whereby the $80,000 interpled by Blossomwood would be paid out with the Trustee to receive $72,000. The settlement was approved by the Bankruptcy Court 10-21-15 (Doc 74). Certain claims asserted by ESI were dismissed as part of the settlement, but Special Counsel had advised that these claims had little or no merit and were not worth pursuing. So all monies recovered were applied to the Edwards individual estate and this asset. | 135,000.00 | 72,000.00 | | 72,000.00 | FA | 0.00 | 0.00 |
| 33 | Contingent Claims-Dennis Olive Judgment<br><br>(subject to set off claim by Olive) Trustee's investigation revealed that the judgment against Dennis Olive is actually held by Edwards Specialties, and not Edwards individually. So this is actually an asset of ESI's Chapter 7 estate and has no value for this estate. | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 34 | Contingent Claims-Edwards Specialties/Saia suit<br><br>Trustee determined that this lawsuit is actually a claim brought by Edwards Specialties and not Edwards individually. So this asset has no value for this Estate. The lawsuit was settled for $122,618.77, but all settlement funds were deposited into and applied to the Edwards Specialties estate account. | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 35 | General Intangibles -Alabama Real Estate Broker | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 36 | General Intangibles-DOT License | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

USBA Form 101-7-TFR (5/1/2011)

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

**Case No.:** 15-81172-CRJ7

**Case Name:** EDWARDS, ALDEN R.

**For Period Ending:** 09/11/2023

**Trustee Name:** (220070) Robert A. Morgan

**Date Filed (f) or Converted (c):** 04/30/2015 (f)

**§ 341(a) Meeting Date:** 05/29/2015

**Claims Bar Date:** 02/15/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 37 | Lawsuit or Cause of Action - Old Ivy HOA (u) (u)<br><br>Old Ivy Homeowners Association, Inc., et al. vs. Edwards Specialties, Inc., et al., Case No.: CV-2014-902060<br>Alden Edwards, Edwards Specialties & Adams Homes developed Old Ivy subdivision. Old Ivy HOA alleged Edwards Specialties and Edwards failed to deed and convey to Old Ivy HOA a small tract of common property that was used to construct a clubhouse and playground for the subdivison. After the bankruptcy filing, Trustee reached a settlement with the HOA for it to pay $2,500.00 and in return the Estate would deed its interest in the tract of common property to the HOA. See Motion to Approve Settlement (Doc. 100) and Order approving same (Doc. 134). Since the lawsuit involved both Edwards individually and Edwards Specialties, the $2,500 settlement proceeds were split between the two estates with each to receive $1,250.00. | 0.00 | 1,250.00 | | 1,250.00 | FA | 0.00 | 0.00 |
| 38 | Fraudulent Transfer Claim (u) (u)<br><br>Tazewell T. Shepard, as Trustee for the Estate of Alden R. Edwards Sr., and Tazewell T. Shepard, as Trustee for the Estate of Edwards Specialties, Inc. v. Alden R. Edwards, Sr., Alden R. Edwards, Sr. in his official capacity as Personal Representative of the Testamentary Estate of Carolyn H. Edwards, Elizabeth C. Edwards, Invictus, LLC, Skid Steer Attachment Depot, Inc., and Edwards Properties, Ltd.<br>AP 15-80086 - Shepard v. Edwards, Sr. et al. Trustee has filed AP against Edwards and other individuals and entities to recover preferential and/or fraudulent transfers. The AP involves claims brought on behalf of both the Edwards Specialties Estate as well as this Bankruptcy Estate. All recoveries and expenses associated with the pursuit of these claims will be split equally between the two Estates.<br>The fraudulent transfer claims were settled pursuant to a Motion to Approve Settlement (Doc. 190) and Order approving same (Doc. 193). Per the terms of the settlement, the Gross Settlement Amount is $840,000, but can be paid through a discounted settlement amount of $700,000 if certain conditions are met. The Asset value reflects one half of the the gross settlement amount, with the other one half value being allocated to the coordinating asset in the ESI bankruptcy estate. If defendants comply with all terms of settlement, the discounted value will be updated at the end of the case.<br>UPDATE 9/19/2019 - Defendants defaulted on settlement payments which triggered the gross settlement amount coming due. However, after negotiations another settlement was reached pursuant to a Motion to Approve Settlement (Doc. 236) and Order approving same (Doc. 242) that allowed defendants to reinstated discounted settlement amount of $700,000, but required defendants to pay an additional $50,000 penalty amount, along with some other modifications to settlement terms. So values have been updated to reflect Gross settlement amount plus the $50,000 penalty payment. Again, the discount will be updated and applied at end of case if all payments are timely made. | 0.00 | 470,000.00 | | 437,739.62 | FA | 0.00 | 0.00 |

**Case No.:** 15-81172-CRJ7

**Case Name:** EDWARDS, ALDEN R.

**For Period Ending:** 09/11/2023

**Trustee Name:** (220070) Robert A. Morgan

**Date Filed (f) or Converted (c):** 04/30/2015 (f)

**§ 341(a) Meeting Date:** 05/29/2015

**Claims Bar Date:** 02/15/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 39 | NEGOTIABLE INSTRUMENTS - BP II (u)<br><br>Settlement between Trustee and BP II resulting in satisfaction and release of Note and Mortgage pursuant to Motion to Approve Settlement (Doc. 182) and Order approving same 6-22-17 (Doc. 188). | 0.00 | 10,000.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 40* | VOID (u) (See Footnote) | VOID | VOID | VOID | VOID | VOID | VOID | VOID |
| **40** | **Assets Totals (Excluding unknown values)** | **$298,456.01** | **$553,250.00** | | **$520,989.62** | **$0.00** | **$0.00** | **$130,324.31** |

RE PROP# 40    VOID- DUPICATE OF ASSET # 38

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:**   15-81172-CRJ7

**Case Name:**   EDWARDS, ALDEN R.

**For Period Ending:**   09/11/2023

**Trustee Name:**   (220070) Robert A. Morgan

**Date Filed (f) or Converted (c):**   04/30/2015 (f)

**§ 341(a) Meeting Date:**   05/29/2015

**Claims Bar Date:**   02/15/2016

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

***TRUSTEE SHEPARD"S NOTES***

 - Kevin Morris 04/06/2021 - The Trustee continues to monitor and collect remaining payments due under renewed settlement agreement with debtor.  The next payment of $75,000 comes due 8/2/2021.
MKeller - 07/06/21 Trustee continues to monitor and collect remaining payments due under settlement agreement, with the Final payment is due August 2, 2021. The claims have been verified and reviewed. Once the final settlement funds have been received, Trustee will proceed with preparing the Final Report. This case is being jointly administered with case 15-81961 Edwards Specialties, Inc.
MKeller - 8/18/21 Final payment of $75K received under settlement agreement.
 MK - Reviewing companion case 15-81961. Preparing case for TFR.
MK - 2/3/22 - Sending case to AXOS for preparation of TFR-NFR.
Mk - 6/16/22 - Sent completed TFR to BA for approval before filing with the court.
MK 7/11/22 - Re-reviewing case final account for possible duplicate entries.
Mk - 7/19/22 - Check in for $50K - annual restitution payment for adversary settlement of fraudulent transfer claim due Aug of 2022. There is a balance of $100K still owed the estate.
Mk - Case being transferred to Trustee Morgan.

 [Taze Shepard 2019-09-05 05:00:00]
***TRUSTEE SHEPARD"S NOTES***
New address for Alden R. Edwards, Sr. - 438 Locust Ave, Hsv. AL 35801 - All notices, pleadings, etc to debtor and Defendants as personal rep. in BR case to Alden R. Edwards, Sr.,(as personal rep...) to  P O Box 2084, Huntsville, AL 35804 address

Robert C. Gammons
Harrison, Gammons & Rawlinson PC
PO Box 19008
Huntsville, AL 35804

Gary Anglin
Office - 256-533-1040
Cell - 256-337-9894

Paul M Lindgren , CPA
PO Box 2588
Huntsville, AL 35804

Stuart M Maples
Maples Law Firm
200 Clinton Ave. West, Ste. 1000
Huntsville, AL 35801 [Taze Shepard 2019-09-05 05:00:00]

**Initial Projected Date Of Final Report (TFR):**   07/20/2022          **Current Projected Date Of Final Report (TFR):**   09/06/2023 (Actual)

| | |
|---|---|
| 09/11/2023 | /s/Robert A. Morgan |
| Date | Robert A. Morgan |

Copy Served On:  Mr. Tom Corbett
                        Bankruptcy Administrator

**Exhibit B**

# Form 2
# Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-81172-CRJ7 |
| **Case Name:** | EDWARDS, ALDEN R. |
| **Taxpayer ID #:** | **-***1645 |
| **For Period Ending:** | 09/11/2023 |

| | |
|---|---|
| **Trustee Name:** | Robert A. Morgan (220070) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******9012 Checking_Shepard |
| **Blanket Bond (per case limit):** | $1,700,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/10/15 | {32} | JANE C. SMITH, CIRCUIT CLERK | Funds received from the AP settlement of Blossomwood Properties claim pursuant to a Motion for Compromise and Settlement (Doc. 60) and Order approving same (Doc. 74)Check No. 1048597 12/10/2015 | 1149-000 | 72,000.00 | | 72,000.00 |
| 12/16/15 | | ACCESS TRANSCRIPTS, LLC | Admin. Expense under 11 USC 503 Trustee Ordered transcripts of the 341 meeting held in Alden Edwards case. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each | 2990-000 | | 200.75 | 71,799.25 |
| 12/28/15 | | ALABAMA DEPARTMENT OF REVENUE | Admin. Expense under 11 USC 503 Trustee Ordered DMV records in Alden Edwards case. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for h | 2990-000 | | 60.00 | 71,739.25 |
| 01/08/16 | | ACCESS TRANSCRIPTS, LLC | Admin. Expense under 11 USC 503 Trustee Ordered transcripts of the 341 meeting held in Alden Edwards case. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each | 2990-000 | | 47.45 | 71,691.80 |
| 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 58.52 | 71,633.28 |
| 02/01/16 | 3001 | ROBERT C. GAMMONS, ESQUIRE | ATTORNEY FEES & EXPENSES ATTORNEY FEES-$23,976.41 ATTORNEY EXPENSES-$70.76 Fees and expenses paid pursuant to a Motion for Payment of Professional Fees (Doc. 148) and Order approving same (Doc. 156) | | | 24,047.17 | 47,586.11 |
| | | ROBERT C. GAMMONS, ESQ | Fees $23,976.41 | 3210-000 | | | |
| | | ROBERT C. GAMMONS, ESQ | Expenses $70.76 | 3220-000 | | | |
| 02/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 106.27 | 47,479.84 |
| 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 69.41 | 47,410.43 |
| 04/06/16 | {37} | OLD IVY HOME OWNERS ASSOCIATION | Settlement Funds These funds represent settlement of a lawsuit pursuant to a Motion to Approve Settlement (Doc. 100) and Order approving same (Doc. 134) entered in the Edwards individual case. This lawsuit settlement was to be split between two cases o | 1249-000 | 1,250.00 | | 48,660.43 |
| 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 70.35 | 48,590.08 |
| 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 69.42 | 48,520.66 |
| 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 72.00 | 48,448.66 |

| | | |
|---|---|---|
| **Page Subtotals:** | $73,250.00 | $24,801.34 |

{ } Asset Reference(s)    USBA Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

| Case No.: | 15-81172-CRJ7 | Trustee Name: | Robert A. Morgan (220070) |
|---|---|---|---|
| Case Name: | EDWARDS, ALDEN R. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***1645 | Account #: | ******9012 Checking_Shepard |
| For Period Ending: | 09/11/2023 | Blanket Bond (per case limit): | $1,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/16 | 3002 | AMERICAN BANK OF HUNTSVILLE | Admin. Expense under 11 USC 503 Trustee subpoenaed bank records. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for half the costs. | 2990-000 | | 123.69 | 48,324.97 |
| 07/25/16 | 3003 | PAYPAL, INC. | Admin. Expense under 11 USC 503 Trustee subpoenaed records. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for half the costs | 2990-000 | | 15.00 | 48,309.97 |
| 07/25/16 | 3004 | PROGRESS BANK AND TRUST | Admin. Expense under 11 USC 503 Trustee subpoenaed bank records. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for half the costs. | 2990-000 | | 576.50 | 47,733.47 |
| 07/25/16 | 3005 | EBAY, INC. | Admin. Expense under 11 USC 503 Trustee subpoenaed records. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for half the costs | 2990-000 | | 34.00 | 47,699.47 |
| 07/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 69.59 | 47,629.88 |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 71.68 | 47,558.20 |
| 09/14/16 | 3006 | PROGRESS BANK | Admin. Expense under 11 USC 503 Trustee subpoenaed bank records. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for half the costs | 2990-000 | | 312.00 | 47,246.20 |
| 09/26/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 70.79 | 47,175.41 |
| 10/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.04 | 47,107.37 |
| 11/01/16 | 3007 | MORGAN STANLEY WEALTH MGMT | Admin. Expense under 11 USC 503 Trustee subpoenaed records. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for half the costs | 2990-000 | | 55.00 | 47,052.37 |
| 11/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 69.90 | 46,982.47 |
| 12/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 67.55 | 46,914.92 |
| 01/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 69.68 | 46,845.24 |
| 02/07/17 | 3008 | PROGRESS BANK AND TRUST | Admin. Expense under 11 USC 503 Trustee subpoenaed bank records. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for half the costs. | 2990-000 | | 526.00 | 46,319.24 |

Page Subtotals: $0.00 $2,129.42

{ } Asset Reference(s)     USBA Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-81172-CRJ7 | |
| **Case Name:** | EDWARDS, ALDEN R. | |
| **Taxpayer ID #:** | **-***1645 | |
| **For Period Ending:** | 09/11/2023 | |

| | |
|---|---|
| **Trustee Name:** | Robert A. Morgan (220070) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******9012 Checking_Shepard |
| **Blanket Bond (per case limit):** | $1,700,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/07/17 | 3009 | FIRST JACKSON BANK | Admin. Expense under 11 USC 503 Trustee subpoenaed bank records. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for half the estate | 2990-000 | | 3.50 | 46,315.74 |
| 02/10/17 | 3010 | UNITED STATES TREASURY | Admin. Expense under 11 USC 503 Estate ID No. 30-6511645 Form 4506 request Trustee Ordered Debtor's personal income tax returns. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving sam | 2990-000 | | 150.00 | 46,165.74 |
| 02/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 69.71 | 46,096.03 |
| 03/13/17 | 3011 | ALFA MUTUAL INSURANCE COMPANY | Admin. Expense under 11 USC 503 Trustee subpoenaed records. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123), with each estate responsible for half the costs | 2990-000 | | 41.10 | 46,054.93 |
| 03/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 62.41 | 45,992.52 |
| 03/30/17 | 3012 | ALABAMA DEPARTMENT OF REVENUE | Admin. Expense under 11 USC 503 Trustee Ordered Debtor's personal income tax returns. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc. 123) | 2990-000 | | 20.00 | 45,972.52 |
| 04/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.49 | 45,904.03 |
| 05/08/17 | | UNITED STATES TREASURY | Check No.: 4030 70283254 This deposit represents a refund of the $150.00 sent to United States Treasury for photocopies by Check No. 3010 | 2990-000 | | -150.00 | 46,054.03 |
| 05/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 66.12 | 45,987.91 |
| 06/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 68.37 | 45,919.54 |
| 06/29/17 | {39} | BRYANT BANK | Settlement Funds Fund represent settlement proceeds due Estate for settlement between Trustee and BP II (Asset 39) resulting in satisfaction and release of Note and Mortgage pursuant to Motion to Approve Settlement (Doc. 182) and Order approving same (D | 1129-000 | 10,000.00 | | 55,919.54 |
| 07/12/17 | 3013 | FREEDOM COURT REPORTING, INC | Admin. Expense under 11 USC 503 Half Day appearance fee Deposition costs for "Invictus and Elizabeth Edwards" attendance. These costs were paid pursuant to the Motion to Pay Certain Anticipated Litigation Costs (Doc. 89) and Order approving same (Doc | 2990-000 | | 30.00 | 55,889.54 |
| 07/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 66.61 | 55,822.93 |

Page Subtotals: $10,000.00     $496.31

# Cash Receipts And Disbursements Record

| Case No.: | 15-81172-CRJ7 | Trustee Name: | Robert A. Morgan (220070) |
|---|---|---|---|
| Case Name: | EDWARDS, ALDEN R. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***1645 | Account #: | ******9012 Checking_Shepard |
| For Period Ending: | 09/11/2023 | Blanket Bond (per case limit): | $1,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/17 | | Reverses Check # 3013 | Admin. Expense under 11 USC 503 Pam with Freedom Court Reporting sent back this check stating that the appearance fee had already been paid by Harrison Gammons & Rawlinson on 4/28/16. | 2990-000 | | -30.00 | 55,852.93 |
| 08/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 83.09 | 55,769.84 |
| 09/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 82.99 | 55,686.85 |
| 10/17/17 | 3014 | MADISON COUNTY PROBATE OFFICE | Admin. Expense under 11 USC 503 For cost of recording mortgage pursuant to Joint Motion for Approval of Compromise and Settlement (Doc. 190) and Order on Joint Motion (Doc. 193) with each estate to bear one half the cost | 2990-000 | | 647.88 | 55,038.97 |
| 10/19/17 | 3015 | SPARKMAN, SHEPARD & MORRIS, P.C. | ATTORNEY FEES & EXPENSES ATTORNEY FEES-$34,938.02 ATTORNEY EXPENSES-$2,068.95 Partial interim fees and expenses paid pursuant to a Motion for Payment of Professional Fees (Doc. 202) and Order approving same (Doc. 210) | | | 37,006.97 | 18,032.00 |
| | | SPARKMAN, SHEPARD & MORRIS, P.C. | Fees $34,938.02 | 3110-000 | | | |
| | | SPARKMAN, SHEPARD & MORRIS, P.C. | Expenses $2,068.95 | 3120-000 | | | |
| 10/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 80.19 | 17,951.81 |
| 10/26/17 | {38} | FIRST JACKSON BANK | Settlement Funds Funds received represent the Initial Payment due from a fraudulent transfer claim settlement pursuant to a Joint Motion for Compromise and Settlement (Doc. 190) and Order approving same (Doc. 193). A portion of these proceeds belongs t | 1241-000 | 118,000.00 | | 135,951.81 |
| 11/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 94.69 | 135,857.12 |
| 12/07/17 | 3016 | STUART M MAPLES | ATTORNEY FEES & EXPENSES ATTORNEY FEES-$9,782.75 ATTORNEY EXPENSES-$369.41 Partial payment of fees and expenses due S. Maples pursuant to Application for Compensation (AP Doc. 208) and Order approving same (AP Doc. 220). Motion and Order provide for e | | | 10,152.16 | 125,704.96 |
| | | STUART M MAPLES | Fees $9,782.75 | 3210-000 | | | |
| | | STUART M MAPLES | Expenses $369.41 | 3220-000 | | | |
| 12/07/17 | 3017 | PAUL M LINDREN, CPA | Accountant Fees & Expenses Accountant Fees - $2,879.84 Accountant Expenses - $0 Partial payment of fees and expenses due P. Lindgren pursuant to Application for Compensation (Doc. 199) and Order approving same (Doc. 205). Motion and Order provide for | 3410-000 | | 2,879.84 | 122,825.12 |

| | Page Subtotals: | $118,000.00 | $50,997.81 |
|---|---|---|---|

| Case No.: | 15-81172-CRJ7 | Trustee Name: | Robert A. Morgan (220070) |
|---|---|---|---|
| Case Name: | EDWARDS, ALDEN R. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***1645 | Account #: | ******9012 Checking_Shepard |
| For Period Ending: | 09/11/2023 | Blanket Bond (per case limit): | $1,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 195.53 | 122,629.59 |
| 01/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 189.02 | 122,440.57 |
| 02/01/18 | 3018 {38} | TAZEWELL T. SHEPARD, TRUSTEE | Trustee Funds for Debtor's Estate On 10/26/2017 Trustee received funds from First Jackson Bank in amount of $118,000.00 that were deposited to this Alden R. Edwards Estate account, with one-half of that amount ($59,000.00) due to Edwards Specialties, Inc | 1241-000 | -58,760.38 | | 63,680.19 |
| 02/06/18 | 3019 | STUART M MAPLES | ATTORNEY FEES Partial payment of fees and expenses due S. Maples pursuant to Application for Compensation (AP Doc. 208) and Order approving same (AP Doc. 220). Motion and Order provide for equal allocation between the two estates. Since there were insu | 3210-000 | | 11,905.33 | 51,774.86 |
| 02/06/18 | 3020 | PAUL M LINDREN, CPA | Accountant Fees & Expenses Accountant Fees - $3,377.16 Accountant Expenses - $0 Partial payment of fees and expenses due P. Lindgren pursuant to Application for Compensation (Doc. 199) and Order approving same (Doc. 205). Motion and Order provide for | 3410-000 | | 3,377.16 | 48,397.70 |
| 02/06/18 | 3021 | SPARKMAN, SHEPARD & MORRIS, P.C. | ATTORNEY FEES Partial interim fees and expenses paid pursuant to a Motion for Payment of Professional Fees (Doc. 202) and Order approving same (Doc. 210) | 3110-000 | | 43,397.70 | 5,000.00 |
| 02/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 182.20 | 4,817.80 |
| 03/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 73.70 | 4,744.10 |
| 04/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 71.64 | 4,672.46 |
| 05/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,657.46 |
| 06/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,642.46 |
| 07/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,627.46 |
| 08/18/18 | 3025 | SPARKMAN, SHEPARD & MORRIS, P.C. | ATTORNEY FEES Partial interim fees and expenses paid pursuant to a Motion for Payment of Professional Fees (Doc. 202) and Order approving same (Doc. 210) | 3110-000 | | 18,489.08 | -13,861.62 |
| 08/23/18 | 3022 | MADISON COUNTY PROBATE OFFICE | Admin. Expense under 11 USC 503 Cost for recording of 11 deeds pursuant to terms of Motion to Approve Settlement (Doc. 190) and Order approving same (Doc. 193).Recording Fee - $30.75Deed Tax - $135.50Called Probate Judge's Office to get exact amount of f | 2990-000 | | 166.25 | -14,027.87 |
| 08/24/18 | {38} | ELIZABETH C. EDWARDS | Settlement Funds Funds received represent the first Installment Payment due as part of the fraudulent transfer claim settlement pursuant to the initial Joint Motion for Compromise and Settlement (Doc. 190) and Order approving same (Doc. 193) and the sub | 1241-000 | 50,000.00 | | 35,972.13 |

Page Subtotals: -$8,760.38 $78,092.61

# Cash Receipts And Disbursements Record

| Case No.: | 15-81172-CRJ7 | Trustee Name: | Robert A. Morgan (220070) |
|---|---|---|---|
| Case Name: | EDWARDS, ALDEN R. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***1645 | Account #: | ******9012 Checking_Shepard |
| For Period Ending: | 09/11/2023 | Blanket Bond (per case limit): | $1,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/27/18 | | SPARKMAN SHEPARD & MORRIS PC | Check No. 9799 8/27/18 Called Probate Judge's Office to get exact amount of fees to cut check. The check was cut for $166.25 based on what Probate Judge's Office to Trustee. Hand delivered deed to Probate Judge's Office and they said amount was $165.75 | 2990-000 | | -0.50 | 35,972.63 |
| 08/27/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 35,957.63 |
| 08/28/18 | 3024 | PAUL M LINDREN, CPA | Accountant Fees & Expenses Accountant Fees - $1,438.80 Accountant Expenses - $0 Partial payment of fees and expenses due P. Lindgren pursuant to Application for Compensation (Doc. 199) and Order approving same (Doc. 205). Motion and Order provide for | 3410-000 | | 1,438.80 | 34,518.83 |
| 08/31/18 | 3023 | STUART M MAPLES | ATTORNEY FEES Partial payment of fees and expenses due S. Maples pursuant to Application for Compensation (AP Doc. 208) and Order approving same (AP Doc. 220). Motion and Order provide for equal allocation between the two estates. Since there were insu | 3210-000 | | 5,072.12 | 29,446.71 |
| 08/31/18 | 3026 {38} | TAZEWELL T. SHEPARD, TRUSTEE | Trustee Funds for Debtor's Estate On 08/24/2018 Trustee received settlement funds from Elizabeth Edwards totaling $50,000.00 that were deposited to this Alden R. Edwards Estate account, with one-half of that amount ($25,000.00) due to Edwards Specialties | 1241-000 | -25,000.00 | | 4,446.71 |
| 09/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 17.94 | 4,428.77 |
| 10/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,413.77 |
| 11/26/18 | | Umion Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,398.77 |
| 12/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,383.77 |
| 01/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,368.77 |
| 02/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,353.77 |
| 03/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,338.77 |
| 04/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,323.77 |
| 05/28/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,308.77 |
| 06/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,293.77 |
| 08/09/19 | {38} | HEARD ARY, LLC | Settlement Funds Funds represent a penalty payment due as part of the fraudulent transfer claim settlement pursuant to a Joint Motion for Compromise and Settlement (Doc. 190) and Order approving same (Doc. 193) and the subsequent revised Motion to Appro | 1241-000 | 50,000.00 | | 54,293.77 |
| 08/26/19 | | TRSF TO AXOS BANK | FINAL TRANSFER | 9999-000 | | 54,293.77 | 0.00 |

| | | COLUMN TOTALS | | | 217,489.62 | 217,489.62 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 54,293.77 | |
| | | Subtotal | | | 217,489.62 | 163,195.85 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $217,489.62 | $163,195.85 | |

| Case No.: | 15-81172-CRJ7 | Trustee Name: | Robert A. Morgan (220070) |
|---|---|---|---|
| Case Name: | EDWARDS, ALDEN R. | Bank Name: | Axos Bank |
| Taxpayer ID #: | **-***1645 | Account #: | ********0077 Checking_Shepard |
| For Period Ending: | 09/11/2023 | Blanket Bond (per case limit): | $1,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/19 | | Transfer In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 54,293.77 | | 54,293.77 |
| 09/03/19 | 4001 {38} | TAZEWELL T. SHEPARD, TRUSTEE/SHEPARD, TRUSTEE | Trustee Funds for Debtor's Estate Trustee received funds from Elizabeth Edwards totaling $50,000.00 that were deposited to this Alden R. Edwards Estate account, with one-half of that amount ($25,000.00) due to Edwards Specialties, Inc. Estate pursuant to Motion to Authorize Allocation and Distribution of Settlement Proceeds (Doc. 219) and Order approving same (Doc. 223). | 1241-000 | -25,000.00 | | 29,293.77 |
| 09/03/19 | 4002 | PAUL M. LINDGREN, CPA | Acct Fees & Expenses Acct Fees - $782.35 Acct Expenses - $0.00 | 3410-000 | | 782.35 | 28,511.42 |
| 09/03/19 | 4003 | STUART M. MAPLES/ Maples Law Firm | ATTORNEY FEES & EXPENSES ATTORNEY FEES-$2,758.22 ATTOY EXP-$0.00 (AP Doc. 208) | 3210-000 | | 2,758.22 | 25,753.20 |
| 09/03/19 | 4004 | SPARKMAN, SHEPARD & MORRIS, P.C. | ATTORNEY FEES & EXPENSES ATTORNEY FEES-$21,459.43 ATTORNEY EXPENSES-$0 | 3110-000 | | 21,459.43 | 4,293.77 |
| 10/16/19 | {38} | ADM Title Services, LLC Real Estate Trust Account | Sale proceeds Funds received represent the sale proceeds due the Estate from the sale of Westmill property pursuant to a Motion and Notice of Intent to Sell (Doc. 237) and Order approving same (Doc. 241) | 1241-000 | 74,614.52 | | 78,908.29 |
| 10/21/19 | {38} | Heard Ary, LLC IOLTA Account | Settlement Funds Balance due from debtor for Sale Proceed Payment due under settlement of fraudulent transfer claim pursuant to a Joint Motion for Compromise and Settlement (Doc. 190) and Order approving same (Doc. 193) | 1241-000 | 82,770.96 | | 161,679.25 |
| 02/07/20 | 4005 | SPARKMAN, SHEPARD & MORRIS, P.C. | Atty Fees & Expenses Final portion of interim fees and expenses paid pursuant to a Motion for Payment of Prof Fees | 3110-000 | | 15,278.72 | 146,400.53 |
| 05/15/20 | 4006 | SPARKMAN, SHEPARD & MORRIS, P.C | Attorney Fees & Expenses Order (Doc. 250) entered approving compensation on 4/20/202 | | | 12,309.18 | 134,091.35 |
| | | SPARKMAN, SHEPARD & MORRIS, P.C. | Attorney Fees & Expenses Order (Doc. 250) entered approving compensation on 4/20/2020 $12,124.25 | 3110-000 | | | |
| | | SPARKMAN, SHEPARD & MORRIS, P.C. | See Motion (Doc. 245) for detailed allocation of fees and expenses between estates. $184.93 | 3120-000 | | | |
| 07/03/20 | 4007 {38} | Tazewell T. Shepard, Trustee Edwards Specialties, Inc. | Trustee Funds for Debtor's Estate On 10/21/2019, Trustee received funds totaling $82,770.96 (Deposit #2) which represents the balance of the sale proceed payment due under the settlement of the | 1241-000 | -41,385.48 | | 92,705.87 |
| 07/03/20 | 4008 {38} | Tazewell T. Shepard, Trustee Edwards Specialties, Inc. | Trustee Funds for Debtor's Estate On 07/27/2020, Trustee received funds totaling $75,000.00 (Deposit #3) which represents the next Installment Payment due under the settlement of the fraudulent transfer claims. | 1241-000 | -37,500.00 | | 55,205.87 |

Page Subtotals: **$107,793.77** **$52,587.90**

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-81172-CRJ7 | | **Trustee Name:** | | Robert A. Morgan (220070) | |
| **Case Name:** | EDWARDS, ALDEN R. | | **Bank Name:** | | Axos Bank | |
| **Taxpayer ID #:** | **-***-1645 | | **Account #:** | | ********0077 Checking_Shepard | |
| **For Period Ending:** | 09/11/2023 | | **Blanket Bond (per case limit):** | | $1,700,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/27/20 | {38} | Heard Ary, LLC IOLTA Account | Settlement Funds Funds represent the next Installment Payment due as part of the fraudulent transfer claim settlement pursuant to a Joint Motion for Compromise and Settlement (Doc. 190) | 1241-000 | 75,000.00 | | 130,205.87 |
| 03/03/21 | 4009 | International Sureties, LTD | Blanket Bond Premium | 2300-000 | | 97.29 | 130,108.58 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 129.85 | 129,978.73 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 143.63 | 129,835.10 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 138.75 | 129,696.35 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 143.21 | 129,553.14 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 138.43 | 129,414.71 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 142.89 | 129,271.82 |
| 08/18/21 | {38} | Heard Ardy & Dauro, LLC (Service 1st Bank) IOLTA Trust Account | Fraudulent Transfer Litigation Compromise & Settlement Installment Payment | 1241-000 | 75,000.00 | | 204,271.82 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 182.80 | 204,089.02 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 218.07 | 203,870.95 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 225.10 | 203,645.85 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 217.59 | 203,428.26 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 224.61 | 203,203.65 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | 224.38 | 202,979.27 |
| 07/19/22 | {38} | HEARD ARY & DAURO, LLC | Settlement Funds for Fraudulent Transfer per Court Order (#242) | 1241-000 | 50,000.00 | | 252,979.27 |
| 10/13/22 | | Estate of Alden R. Edwards | Successor Transfer Debit to Robert Morgan | 1290-010 | -252,979.27 | | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 54,814.50 | 54,814.50 | $0.00 |
| Less: Bank Transfers/CDs | 54,293.77 | 0.00 | |
| **Subtotal** | 520.73 | 54,814.50 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$520.73** | **$54,814.50** | |

{ } Asset Reference(s)  USBA Form 101-7-TFR (5/1/2011)  ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-81172-CRJ7 | |
| **Case Name:** | EDWARDS, ALDEN R. | |
| **Taxpayer ID #:** | **-***1645 | |
| **For Period Ending:** | 09/11/2023 | |

| | |
|---|---|
| **Trustee Name:** | Robert A. Morgan (220070) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******9532 Checking |
| **Blanket Bond (per case limit):** | $1,700,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/13/22 | | Estate of Alden R. Edwards | Successor Transfer Credit from Tazewell Shepard | 1290-010 | 252,979.27 | | 252,979.27 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 216.24 | 252,763.03 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 432.14 | 252,330.89 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 404.41 | 251,926.48 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 430.68 | 251,495.80 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 376.20 | 251,119.60 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 415.89 | 250,703.71 |
| 04/21/23 | 201 | International Sureties, Ltd | Bond # 612418747 $1,700 annual bond premium for Robert A. Morgan Voided on 04/24/2023 | 2300-004 | | 324.78 | 250,378.93 |
| 04/24/23 | 201 | International Sureties, Ltd | Bond # 612418747 $1,700 annual bond premium for Robert A. Morgan Voided: check issued on 04/21/2023 | 2300-004 | | -324.78 | 250,703.71 |
| 04/24/23 | 202 | International Sureties, Ltd | BLANKET BOND, ROBERT MORGAN, BOND # 612418747; 04/01/23-04/01/24 | 2300-000 | | 324.79 | 250,378.92 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 375.00 | 250,003.92 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 440.75 | 249,563.17 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 399.98 | 249,163.19 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 372.71 | 248,790.48 |
| 08/10/23 | {38} | Heard, Ary & Dauro, LLC Trust Acct | Installment per Order 9-19-23 (Doc 242) | 1241-000 | 50,000.00 | | 298,790.48 |
| 08/14/23 | {38} | Heard, Ary & Dauro, LLC | Last pment per Order 9-19-19 (Doc 242) | 1241-000 | 50,000.00 | | 348,790.48 |
| 08/29/23 | 203 {38} | Estate of Edwards Specialties, Inc 15-81961 | 1/2 of last two deposits to be split among estates per Order 1-9-18 (Doc 223) | 1241-000 | -50,000.00 | | 298,790.48 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 537.49 | 298,252.99 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 302,979.27 | 4,726.28 | $298,252.99 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 302,979.27 | 4,726.28 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $302,979.27 | $4,726.28 | |

{ } Asset Reference(s)          USBA Form 101-7-TFR (5/1/2011)          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-81172-CRJ7 |
| **Case Name:** | EDWARDS, ALDEN R. |
| **Taxpayer ID #:** | **-***1645 |
| **For Period Ending:** | 09/11/2023 |

| | |
|---|---|
| **Trustee Name:** | Robert A. Morgan (220070) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******9532 Checking |
| **Blanket Bond (per case limit):** | $1,700,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9012 Checking_Shepard | $217,489.62 | $163,195.85 | $0.00 |
| ********0077 Checking_Shepard | $520.73 | $54,814.50 | $0.00 |
| ******9532 Checking | $302,979.27 | $4,726.28 | $298,252.99 |
| | **$520,989.62** | **$222,736.63** | **$298,252.99** |

| | |
|---|---|
| 09/11/2023 | /s/Robert A. Morgan |
| Date | Robert A. Morgan |

**USBA Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Claims Proposed Distribution Register

### Case: 15-81172-CRJ7 ALDEN R. EDWARDS

| Case Balance: | $298,252.99 | Total Proposed Payment: | $298,252.99 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|----------------|--------------|---------------|------------------|-----------------|
| 4 | Dennis Olive, Jr. | Secured | $4,253,900. | $0.00 | $0.00 | $0.00 | $0.00 | $298,252.99 |

**Claim Memo:** Claim was disposed of by Motion to Compromise filed 9-22-15 (Doc 60) and approved by the Court 10-21-15 (Doc 74). Further, judgment lien that was basis for creditor's secured claim was avoided per Order dated 10-27-15 (Doc 80).

| | SPARKMAN, SHEPARD & MORRIS, P.C. | Admin Ch. 7 | $3,693.45 | $2,253.88 | $2,253.88 | $0.00 | $0.00 | $298,252.99 |

<3120-00 Attorney for Trustee Expenses (Trustee Firm)>

**Claim Memo:** Balance of expenses due paid from companion case Edwards Specialties, Inc., Case No. 15-81961

| | SPARKMAN, SHEPARD & MORRIS, P.C. | Admin Ch. 7 | $242,926.45 | $145,687.20 | $145,687.20 | $0.00 | $0.00 | $298,252.99 |

<3110-00 Attorney for Trustee Fees (Trustee Firm)>

**Claim Memo:** Balance of fees due paid from companion case Edwards Specialties, Inc., Case No. 15-81961

| | International Sureties, Ltd | Admin Ch. 7 | $0.00 | $324.79 | $324.79 | $0.00 | $0.00 | $298,252.99 |

<2300-00 Bond Payments>

| | Robert A. Morgan | Admin Ch. 7 | $29,299.48 | $29,299.48 | $0.00 | $29,299.48 | $29,299.48 | $268,953.51 |

<2100-00 Trustee Compensation>

| | Service and Technology Fees | Admin Ch. 7 | $4,401.49 | $4,401.49 | $4,401.49 | $0.00 | $0.00 | $268,953.51 |

<2600-00 Bank Service Fees>

| | Robert A. Morgan | Admin Ch. 7 | $231.25 | $231.25 | $0.00 | $231.25 | $231.25 | $268,722.26 |

<2200-00 Trustee Expenses>

# Exhibit C

## Claims Proposed Distribution Register

### Case: 15-81172-CRJ7 ALDEN R. EDWARDS

**Case Balance:** $298,252.99          **Total Proposed Payment:** $298,252.99          **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|--------------|----------------|--------------|---------------|------------------|-----------------|
| | PAUL M LINDREN, CPA | Admin Ch. 7 | $16,956.30 | $8,478.15 | $8,478.15 | $0.00 | $0.00 | $268,722.26 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | **Claim Memo:** Balance of fees due paid from companion case Edwards Specialties, Inc., Case No. 15-81961 | | | | | | | |
| | ROBERT C. GAMMONS, ESQ | Admin Ch. 7 | $23,976.41 | $23,976.41 | $23,976.41 | $0.00 | $0.00 | $268,722.26 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | ROBERT C. GAMMONS, ESQ | Admin Ch. 7 | $70.76 | $70.76 | $70.76 | $0.00 | $0.00 | $268,722.26 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | |
| | STUART M MAPLES | Admin Ch. 7 | $59,406.25 | $29,518.42 | $29,518.42 | $0.00 | $0.00 | $268,722.26 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | **Claim Memo:** Balance of fees due paid from companion case Edwards Specialties, Inc., Case No. 15-81961 | | | | | | | |
| | STUART M MAPLES | Admin Ch. 7 | $369.41 | $369.41 | $369.41 | $0.00 | $0.00 | $268,722.26 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | |
| | Tazewell Shepard | Admin Ch. 7 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,722.26 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 1 | Lamplight Capital & Asset Management LLC | Unsecured | $5,792,406. | $0.00 | $0.00 | $0.00 | $0.00 | $268,722.26 |

**Claim Memo:** POC #1 is for Edwards Specialties, Inc. Case Number: 15-81961 listing exact same exhibits as in Claim #2; same Default Judgment - Possible Duplicate Claim. Claim #2 will be allowed in Edwards Specialties and claim #1 disallowed in 15-81172

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 15-81172-CRJ7 ALDEN R. EDWARDS**

**Case Balance:** $298,252.99      **Total Proposed Payment:** $298,252.99      **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | Lamplight Capital & Asset Management LLC | Unsecured | $3,917,959. | $3,917,959.90 | $0.00 | $3,917,959.90 | $215,095.21 | $53,627.05 |
| 3 | BancorpSouth Bank, a corporation | Unsecured | $976,816.90 | $976,816.90 | $0.00 | $976,816.90 | $53,627.05 | $0.00 |
| 5P | Department of the Treasury | Unsecured | $248,643.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Memo:** POC 5 was filed by former Trustee. Successor Trustee has been informed by Asst U S Attorney that there is no debt owed to the IRS by debtor

| | **Total for Case:** | **15-81172-** | $15,571,058.15 | $5,139,388.04 | $215,080.51 | $4,924,307.53 | $298,252.99 | |
|---|---|---|---|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-81172-CRJ7
Case Name: ALDEN R. EDWARDS
Trustee Name: Robert A. Morgan

**Balance on hand:** $ 298,252.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Dennis Olive, Jr. | 4,253,900.86 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 298,252.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert A. Morgan | 29,299.48 | 0.00 | 29,299.48 |
| Trustee, Expenses - Robert A. Morgan | 231.25 | 0.00 | 231.25 |
| Attorney for Trustee Fees - Tazewell Shepard | 0.00 | 0.00 | 0.00 |
| Bond Payments - International Sureties, Ltd | 324.79 | 324.79 | 0.00 |
| Bank Service Fees - Service and Technology Fees | 4,401.49 | 4,401.49 | 0.00 |
| Attorney for Trustee Fees - SPARKMAN, SHEPARD & MORRIS, P.C. | 145,687.20 | 145,687.20 | 0.00 |
| Attorney for Trustee, Expenses - SPARKMAN, SHEPARD & MORRIS, P.C. | 2,253.88 | 2,253.88 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - ROBERT C. GAMMONS, ESQ | 23,976.41 | 23,976.41 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - STUART M MAPLES | 29,518.42 | 29,518.42 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - ROBERT C. GAMMONS, ESQ | 70.76 | 70.76 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - STUART M MAPLES | 369.41 | 369.41 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - PAUL M LINDREN, CPA | 8,478.15 | 8,478.15 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 29,530.73
Remaining balance: $ 268,722.26

**USBA Form 101-7-TFR(5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 268,722.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 268,722.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $4,894,776.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).
Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lamplight Capital & Asset Management LLC | 0.00 | 0.00 | 0.00 |
| 2 | Lamplight Capital & Asset Management LLC | 3,917,959.90 | 0.00 | 215,095.21 |
| 3 | BancorpSouth Bank, a corporation | 976,816.90 | 0.00 | 53,627.05 |
| 5P | Department of the Treasury | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 268,722.26
Remaining balance: $ 0.00

USBA Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**USBA Form 101-7-TFR(5/1/2011)**

# Trustee's Compensation

**Debtor:** EDWARDS, ALDEN R.                                    **Case:** 15-81172

| Computation of Compensation | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 520,989.62 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 470,989.62 | = | 23,549.48 |
| 3% of Balance | 0.00 | = | 0.00 |
| | **Calculated Total Compensation:** | | **$29,299.48** |
| | Plus Adjustment: | | 0.00 |
| | **Total Compensation:** | | **$29,299.48** |
| | Less Previously Paid: | | 0.00 |
| | **Total Compensation Requested:** | | **$29,299.48** |

| Trustee Expenses | | |
|---|---|---|
| COPIES | 637.0 COPY at $0.25 | $159.25 |
| POSTAGE | 1.0 POST at $0.60 | $0.60 |
| POSTAGE | 85.0 POST at $0.84 | $71.40 |
| | **Subtotal Expenses:** | **$231.25** |
| | Plus Adjustment: | 0.00 |
| | **Total Expenses:** | **$231.25** |
| | Less Previously Paid: | 0.00 |
| | **Total Expenses Requested:** | **$231.25** |

   The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

   WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $29299.48 as compensation and $231.25 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:     09/11/2023                          Signed: /s/ Robert A. Morgan

                                               Robert A. Morgan, TRUSTEE
                                               1130 University Blvd, Suite B9, Box 632
                                               TUSCALOOSA, AL 35401

# Expense Worksheet

### Period: 09/27/2022 - 10/16/2023

### Trustee: Robert A. Morgan

| | | | |
|---|---|---|---|
| **Case Number:** | 15-81172 | **Case Name:** | ALDEN R. EDWARDS |
| **Case Type:** | Asset | **Judge:** | Clifton R. Jessup, Jr. |
| **Petition Date:** | 04/30/2015 | **341a Meeting:** | 07/14/2015 2.00 PM |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---:|---:|---:|
| 10/16/2023 | NFR to matrix (5 copies to 85 recipients) | 425.0 | $ 0.250000 | $106.25 |
| 09/08/2023 | Email to Kathy Rooker w draft TFR | 26.0 | $ 0.250000 | $6.50 |
| 09/06/2023 | Downloaded Matrix | 4.0 | $ 0.250000 | $1.00 |
| 09/05/2023 | Emails to/from Richard O'Neal, re: no IRS debt owed by debtor | 2.0 | $ 0.250000 | $0.50 |
| 09/01/2023 | Email to Richard O'Neal, re: any tax owed to IRS by debtor | 1.0 | $ 0.250000 | $0.25 |
| 08/30/2023 | Emails to/from Kevin Heard, re: form of release; Letter to Kevin Heard with executed mortgage satisfaction; downloaded Docket Sheet | 26.0 | $ 0.250000 | $6.50 |
| 08/29/2023 | Downloaded Motion to Autho Dist of Pment of Professional Fees 10-17-17 (Doc 213) and Appv'g Order 11-16-17 (Doc 217); Maples Final Fee App 7-24-17 (AP Doc 208) and Appv'g Order 8-24-17 (AP Doc 220); Motion Compromise 8-21-19 (Doc 236), Order Appv'g 9-19-19 (Doc 242) | 55.0 | $ 0.250000 | $13.75 |
| 08/28/2023 | Email to Kevin Heard, re: mortgage release per Order Doc 242); downloaded Claims Register, POCs, Sched D-F | 87.0 | $ 0.250000 | $21.75 |
| 07/13/2023 | Email from Kevin Heard, re: payments for Order Doc 242). | 1.0 | $ 0.250000 | $0.25 |
| 06/21/2023 | Email to Stretto to load POCs into program | 1.0 | $ 0.250000 | $0.25 |
| 06/16/2023 | Emails to/from Ty Shepard, re: any expenses to be reimbursed | 2.0 | $ 0.250000 | $0.50 |
| 06/14/2023 | Email from Kathy Rooker, re: breakdown of payment of professional fees between estates | 3.0 | $ 0.250000 | $0.75 |
| 05/19/2023 | Email from Kathy Rooker, re: status request | 1.0 | $ 0.250000 | $0.25 |
| 09/27/2022 | Downloaded Motion to Appt Successor Trustee (Doc 254) and Order Appv'g same (Doc 255) | 3.0 | $ 0.250000 | $0.75 |
| | **Total for category COPY** | **637.0** | | **$159.25** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---:|---:|---:|
| 10/16/2023 | Postage for mailing NFR (5 copies to 85 recipients) | 85.0 | $ 0.840000 | $71.40 |

| | |
|---|---:|
| **Total for case 15-81172:** | **$231.25** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|------|-------------|-----------:|------|------:|
| 08/30/2023 | Postage for letter to Kevin Heard with executed mortgage satisfaction. | 1.0 | $ 0.600000 | $0.60 |
| | **Total for category POST** | **86.0** | | **$72.00** |

**Total for case 15-81172:** **$231.25**

**Grand Total:** **$231.25**