UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
DECATUR DIVISION

In re: EDWARDS, ALDEN R. § Case No. 15-81172-CRJ7
§
§
§
Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Robert A. Morgan</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court Clerk
400 Well Street
Federal Bldg, Cain Street entrance
Decatur, AL 35601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the Bankruptcy Administrator. A hearing on the fee applications and any objection to the Final Report will be held October 4, 2023 at l0:00 a.m.

United States Bankruptcy Court
101 Holmes Ave
Huntsville, Alabama 35801

The hearing will be held in person with the opportunity for telephonic attendance. The call-in number is 1-877-336-1280, access code 2749965#. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold. Participants are encouraged to call from a landline if possible.

THIS HEARING WILL TAKE PLACE IN PERSON WITH THE OPTION TO ATTEND BY TELEPHONE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).

**USBA Form 101-7-NFR (10/1/2010)**

Date Mailed:: 09/11/2023                    By:: /s/ ROBERT A. MORGAN, TRUSTEE
                                                    TRUSTEE

Robert A. Morgan
Attorney at Law
1130 University Blvd, Suite B9, Box 632
TUSCALOOSA, AL 35401
(205) 561-9310

**USBA Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
DECATUR DIVISION

In re: EDWARDS, ALDEN R. § Case No. 15-81172-CRJ7
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 520,989.62 |
| *and approved disbursements of:* | $ 222,736.63 |
| *leaving a balance on hand of[1] :* | $ 298,252.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 4 | Dennis Olive, Jr. | 4,253,900.86 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 298,252.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Robert A. Morgan | 29,299.48 | 0.00 | 29,299.48 |
| Trustee, Expenses - Robert A. Morgan | 231.25 | 0.00 | 231.25 |
| Attorney for Trustee Fees - Tazewell Shepard | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee, Expenses - SPARKMAN, SHEPARD & MORRIS, P.C. | 2,253.88 | 2,253.88 | 0.00 |
| Bond Payments - International Sureties, Ltd | 324.79 | 324.79 | 0.00 |
| Bank Service Fees - Service and Technology Fees | 4,401.49 | 4,401.49 | 0.00 |
| Attorney for Trustee Fees - SPARKMAN, SHEPARD & MORRIS, P.C. | 145,687.20 | 145,687.20 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**USBA Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee Fees (Other Firm) - ROBERT C. GAMMONS, ESQ | 23,976.41 | 23,976.41 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - STUART M MAPLES | 29,518.42 | 29,518.42 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - ROBERT C. GAMMONS, ESQ | 70.76 | 70.76 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - STUART M MAPLES | 369.41 | 369.41 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - PAUL M LINDREN, CPA | 8,478.15 | 8,478.15 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 29,530.73
Remaining balance: $ 268,722.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 268,722.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 268,722.26

**USBA Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,894,776.80 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lamplight Capital & Asset Management LLC | 0.00 | 0.00 | 0.00 |
| 2 | Lamplight Capital & Asset Management LLC | 3,917,959.90 | 0.00 | 215,095.21 |
| 3 | BancorpSouth Bank, a corporation | 976,816.90 | 0.00 | 53,627.05 |
| 5P | Department of the Treasury | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 268,722.26
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| None |
|---|

**USBA Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ ROBERT A. MORGAN, TRUSTEE
Trustee

Robert A. Morgan
1130 University Blvd, Suite B9, Box 632
TUSCALOOSA, AL 35401
(205) 561-9310

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed on the attached mailing matrix via U.S. mail with first-class postage prepaid.

This the 11th day of September, 2023

/s/ Robert A. Morgan

**USBA Form 101-7-NFR (10/1/2010)**

```
Label Matrix for local noticing            Adams Homes, LLC                           BancorpSouth Bank, a corporation
1126-8                                     c/o Benjamin S. Goldman, Esquire           c/o  David Jones
Case 15-81172-CRJ7                         Hand Arendall LLC                          P.O. Box 940
NORTHERN DISTRICT OF ALABAMA               2001 Park Place North                      Guntersville, AL 35976-0940
Decatur                                    Suite 1200
Wed Sep  6 14:35:21 CDT 2023               Birmingham, AL 35203-2731

Lamplight Capital & Asset Management, LLC  U. S. Bankruptcy Court                     Adams Homes LLC
C/o Gwendolyn J. Godfrey                   400 Well Street                            c/o Andrew Jackson Sinor, Jr., Atty.
Bryan Cave LLP                             P. O. Box 2775                             Hand Arendall, LLC
One Atlantic Center-14th Floor             Decatur, AL 35602-2775                     2001 Park Pl, Ste 1200
1201 W. Peachtree Street, NW                                                          Birmingham, AL 35203-2731
Atlanta, GA 30309-3488

Anglin-Reichmann, Snellgrove & Armstrong   BB&T as Successor in Interest for          (p)BANCORPSOUTH
Attn:  Bankruptcy Department               Colonial Bank                              BANKRUPTCY DEPARTMENT
305 Quality Circle                         PO Box 5650                                P O BOX 4360
Huntsville, AL 35806-4542                  Montgomery, AL 36103-5650                  TUPELO MS 38803-4360


BancorpSouth Bank                          BancorpSouth Bank, a corporation           Blossomwood Properties
c/o David Lee Jones                        c/o David Lee Jones                        c/o Gary Anglin
P.O. Box 940                               P.O. Box 940                               1108 Fraser Ave
Guntersville, AL 35976-0940                Guntersville, AL 35976-0940                Huntsville, Al 35801-2522


Blossomwood Properties LLC                 Blossomwood Properties, LLC                Burr & Forman, LLP
c/o Gary Anglin, Registered Agent          c/o G. Bartley Loftin, III, Atty.          3400 Wachovia Tower, 420 North 20th St.
1108 Fraser Avenue                         Bradley Arant Boult Cummings, LLP          Birmingham, AL 35203
Huntsville, AL 35801-2522                  200 Clinton Avenue West, Suite 900
                                           Huntsville, AL 35801-4900

CB&S Bank                                  (p)JPMORGAN CHASE BANK  N A                Circa Property
4009 University Drive NW                   BANKRUPTCY MAIL INTAKE TEAM                c/o M.D. Plott
Huntsville, AL 35816-3003                  700 KANSAS LANE FLOOR 01                   500 Homewood Dr
                                           MONROE LA 71203-4774                       Huntsville, Al 35801-3433


Circa Property, LLC                        Classic Loader Services, Inc.              Compass Bank
Attn:  James Peter Hess                    Attn:  Bankruptcy Department               PO Box 192
200 Russell St NE                          7535-D Wall Triana Hwy                     Birmingham, AL 35201-0192
Huntsville, AL 35801-3602                  Madison, AL 35757-8339


David Lee Jones                            Dennis Olive                               Dennis Olive, Jr.
P.O. Box 940                               114 Intracoastal Drive                     c/o Michael P. Huff
Guntersville, AL 35976-0940                Madison, AL 35758-9433                     Bradley Arant Boult Cummings LLP
                                                                                      200 Clinton Avenue West, Suite 900
                                                                                      Huntsville, AL  35801-4900

Dennis Olive, as Assignee of N AL Bank     Dennis Olive, as Assignee of N AL Bank     Department of the Treasury
114 Intracostal Drive                      c/o G. Bartley Loftin, III, Atty.          Internal Revenue Service
Madison, AL 35758-9433                     Bradley Arant Boult Cummings, LLP          P. O. Box 7346
                                           200 Clinton Avenue West, Suite 900         Philadelphia, PA 19101-7346
                                           Huntsville, AL 35801-4900

Don Armstrong, Property Tax Commissioner   Eddiie Beason Jr.                          (p)WACHOVIA BANK NA
of Shelby County                           PO Box 818                                 MAC X2303-01A
102 Depot Street                           Russellville, AL 35653-0818                1 HOME CAMPUS
Columbiana, AL 35051-9332                                                             1ST FLOOR
                                                                                      DES MOINES IA 50328-0001
```

| | | |
|---|---|---|
| Foley Products Company<br>Attn: Bankruptcy Department<br>P.O. Box 7877<br>Columbus, GA 31908-7877 | G. Bartley Loftin, III<br>200 Clinton Ave. West. Ste 900<br>Huntsville, Al 35801-4933 | G. Bartley Loftin, III, Esq.<br>Bradley Arant Boult Cummings, LLP<br>200 Clinton Avenue West, Ste 900<br>Huntsville, AL 35801-4933 |
| GET Properties LLC c/o Thomas Garrett<br>Attn: Walter Arthur Dodgen, Jr.<br>Maynard, Cooper & Gale, P.C.<br>655 Gallatin Street<br>Huntsville, AL 35801-4901 | Geo Solutions, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 11488<br>Huntsville, AL 35814-1488 | Get Properties<br>c/o Thomas Garrett<br>100 Church Street<br>Huntsville, Al 35801-4954 |
| Harbaugh & Sons Construction Co., Inc.<br>507 Cleveland Ave NW<br>Huntsville, AL 35801-5806 | Harbaugh & Sons Construction Co., Inc.<br>c/o Fees & Burgess, P.C.<br>213 Green Street<br>Huntsville, AL 35801-4806 | Invictus, LLC<br>Attn: Michael Paul Killian, Atty.<br>Leo Law, LLC<br>200 Randolph Avenue<br>Huntsville, AL 35801-4874 |
| Invictus, LLC<br>Attn: Michael Paul Killian, Esq.<br>Harrion, Gammons & Rawlinson, P.C.<br>2430 L & N Drive<br>Huntsville, AL 35801-5326 | Invictus, LLC<br>c/o James Harrison<br>2430 L & N Drive<br>Huntsville, Al 35801-5326 | James Hiley<br>c/o Gregory H. Revera, Atty.<br>200 Randolph Avenue<br>Huntsville, AL 35801-4874 |
| James P. Hess, Esq.<br>200 Russell Street NE<br>Huntsville, Al 35801-3602 | Jesse S. Vogtel Jr.<br>P.O. Box 306<br>Birmingham, AL 35201-0306 | John R. Lehman II<br>3400 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203-5200 |
| Kathy R. Davis, Esq<br>for Saiia Construction<br>Carr Allison<br>100 Vestavia Parkway<br>Birmingham, Al 35216-7713 | Kelly EcoSource, LLC<br>Attn: Bankruptcy Department<br>106 Alice Lane<br>Athens, AL 35611-4677 | Lamplight Capital & Asset Management LLC<br>Bryan Cave LLP/Gwendolyn Godfrey, Atty<br>One Atlantic Center-14th Floor<br>1201 W. Peachtree Street 14th Floor<br>Atlanta, GA 30309-3488 |
| Lamplight Capital & Asset Management LLC<br>C/o Jeffrey M. Horton<br>10375 Richmond Avenue, Suite 1010<br>Houston, TX 77042-4693 | M. Paul Killian, Esq.<br>2430 L & N Drive<br>Huntsville, Al 35801-5326 | Mortgage Investments/Mercury Funding LLC<br>c/o Fulton Hamilton<br>PO Box 18545<br>Huntsville, AL 35804-8545 |
| North Alabama Bank<br>Attn: Bankruptcy Department<br>P.O. Box 669<br>Hazel Green, AL 35750-0669 | North Alabama Bank<br>PO Box 669<br>Hazel Green, AL 35750-0669 | North Alabama Bank<br>c/o Bill Gibbons, Atty.<br>Gibbons & Furman<br>117 Jefferson Street North<br>Huntsville, AL 35801-4813 |
| North Alabama Bank<br>c/o William Gibbons, Esq.<br>117 Jefferson Street, N.<br>Huntsville, AL 35801-4813 | OMI, Inc.<br>Attn: Bankruptcy Department<br>5151 Research Dr., NW<br>Huntsville, AL 35805-5911 | Old Ivey Homeowners Assoc, Inc. et al<br>c/o Gregory H. Revera, Atty.<br>200 Randolph Avenue<br>Huntsville, AL 35801-4874 |
| Old Ivey Homeowners Assoc, Inc. et al<br>c/o Gregory H. Revera, Atty.<br>200 Randolph Avenue Ste 200<br>Huntsville, AL 35801-4899 | Olive Properties<br>c/o Gary Anglin<br>1108 Fraser Ave<br>Huntsville, Al 35801-2522 | PNC Bank as sucessor & interest<br>to RBC Bank<br>100 Church Street<br>Suite 200<br>Huntsville, AL 35801-4955 |

| | | |
|---|---|---|
| Paul M. Lindgren, CPA<br>PO Box 2588<br>Huntsville, AL 35804-2588 | R.P. Bradley Construction, Inc.<br>Attn: Bankruptcy Department<br>7 Monroe Drive<br>Pelham, AL 35124-6152 | RBC<br>Attn: Bankruptcy Department<br>100 Church Street<br>Huntsville, AL 35801-4955 |
| RBC Bank<br>c/o Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203-5210 | RBC Real Estate Finance, Inc.<br>Attn: Bankruptcy Department<br>10375 Richmond Ave<br>Houston, TX 77042-4143 | Regions Bank<br>Attn: Bankruptcy Department<br>200 Clinton Avenue W.<br>Huntsville, AL 35801-4947 |
| Regions Bank<br>PO Box 681<br>Birmingham, AL 35201-0681 | Regions Bank<br>c/o Ryan Cochran, Atty.<br>511 Union Street Suite 2700<br>Nashville, TN 37219-1791 | Robert C. Gammons, Esq.<br>Harrison, Gammons & Rawlinson PC<br>P.O. Box 19008<br>Huntsville, AL 35804-9008 |
| S&ME<br>Attn: Bankruptcy Department<br>P.O. Box 651399<br>Charlotte, NC 28265-1399 | Saiia Construction<br>c/o Joseph Saiia<br>2881 Shannon Oxmoor Rd<br>Birmingham, Al 35211-5964 | Saiia Construction, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 748<br>Columbus, GA 31902-0748 |
| Sparkman, Shepard & Morris, PC<br>PO Box 19045<br>Huntsville, AL 35804-9045 | Stuart M Maples, Esq.<br>Special Counsel<br>200 Clinton Avenue West, Ste 1000<br>Huntsville, AL 35801-4919 | Vulcan Materials Company<br>Attn: Bankruptcy Department<br>Drawer 0344<br>P.O. Box 11407<br>Birmingham, AL 35246-0344 |
| Waller Lansden Dortch & Davis<br>S Wallace<br>1901 6th Avenue North<br>Suite 1400<br>Birmingham, AL 35203-4605 | Walter Dodgen, Jr. Esq.<br>655 Gallatin St. SW<br>Huntsville, Al 35801-4936 | William Gibbons, Esq.<br>Gibbons & Furman<br>117 Jefferson Street, N.<br>Huntsville, AL 35801-4813 |
| Alden R. Edwards<br>P.O. Box 2084<br>Huntsville, AL 35804-2084 | Kevin D. Heard<br>Heard, Ary & Dauro, LLC<br>303 Williams Avenue SW<br>Park Plaza Suite 921<br>Huntsville, AL 35801-6012 | Mickey Fowler<br>Fowler Acution and Real Estate Services<br>8710 Highway 53<br>Toney, AL 35773-9151 |
| Paul M Lindgren<br>PO Box 2588<br>Huntsville, AL 35804-2588 | Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 | Robert A. Morgan<br>Robert A. Morgan, Attorney at Law<br>1130 University Blvd, Suite B9, Box 632<br>Tuscaloosa, AL 35401-0328 |
| Robert C. Gammons<br>Harrison, Gammons & Rawlinson PC<br>PO Box 19008<br>Huntsville, AL 35804-9008 | Stuart M Maples<br>Maples Law Firm<br>200 Clinton Ave. West, Ste. 1000<br>Huntsville, AL 35801-4919 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bancorp South<br>PO Box 789<br>Tupelo, MS 38802 | (d)Bancorpsouth Bank<br>Attn: Bankruptcy Department<br>1301 Gunter Ave<br>Guntersville, AL 35976 | Chase Marriott Visa<br>Attn: Bankruptcy Department<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| (d)Chase Southwest Visa<br>Attn: Bankruptcy Department<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | First American Bank<br>Attn: Bankruptcy Department<br>P.O. Box 2203<br>Decatur, AL 35609 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alabama Pinnacle | (u)Ashbury | (d)Dennis Olive<br>114 Intracoastal Drive<br>Madison, Al 35758-9433 |
| (u)Edward Specialties Inc. | (u)Edwards Specialties | (u)LDI Reproprinting Centers<br>Attn: Bankruptcy Deapartment<br>1851 Cahaba River Road Suite 113<br>AL 35423 |
| (u)Land Specialties | (u)Stillwater Whitt | (d)Dennis Olive Jr.<br>c/o Michael P. Huff<br>Bradley Arant Boult Cummings LLP<br>200 Clinton Avenue West<br>Suite 900<br>Huntsville, AL 35801-4933 |

End of Label Matrix
Mailable recipients     85
Bypassed recipients      9
Total                   94